UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

THOMAS S. CLARK,

Defendant.

NO. MJ21-147

PRAECIPE FOR A SUMMONS

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT
You will please issue a summons on a Complaint filed herein to:

Thomas S. Clark
9301 244th St SW, Apt H103
Edmonds, WA 98020

directing said individual to appear at the United States Courthouse, 700 Stewart Street, 12th Floor, Seattle, Washington 98101, before United States Magistrate Judge Mary Alice Theiler, on March 25, 2021 at 1:00 p.m. to answer to a Complaint charging violations of Title 18 United States Code, 2252(a)(4)(B), (b)(2).

DATED this 11th day of March 2021.

*s/ Laura Harmon*
LAURA HARMON
Special Assistant United States Attorney

SECRET: YES _____   NO \_\_\_X\_\_\_