Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> THOMAS S. CLARK, <br><br> Defendant. | NO. MJ21-147 <br><br> NOTICE OF DISMISSAL |

The United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Laura Harmon, Special Assistant United States Attorney for said District, hereby notifies the Court of its intent, with leave of the Court, to dismiss all pending charges in this case as to the above-named Defendant THOMAS S. CLARK, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Prior to Defendant's initial appearance, the United States learned that the Defendant is deceased. Accordingly, with the leave of the Court, the United States

Notice of Dismissal - 1
*United States v. Clark*, MJ21-147

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  dismisses the pending charges in the above-entitled cause against the above-captioned
2  Defendant, without prejudice.  There is not an outstanding warrant.
3        DATED this 30th day of March, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/ Laura Harmon*
LAURA HARMON
Special Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
E-mail: laura.harmon@usdoj.gov

Notice of Dismissal - 2
*United States v. Clark*, MJ21-147

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970