Magistrate Judge Mary Alice Theiler

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>THOMAS S. CLARK,<br><br>Defendant. | NO. MJ21-147<br><br>(Proposed)<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to THOMAS S. CLARK.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case as to this Defendant are dismissed, without prejudice.

DATED this _____ day of _____, 20____.

_____
MARY ALICE THEILER
United States Magistrate Judge

Presented by:

*/s/ Laura Harmon*
LAURA HARMON
Special Assistant United States Attorney

Order of Dismissal - 1
*United States v. Clark*, MJ21-147

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970